UNITED STATE BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

**Darlene A. Pomes**  **BK-11-12770**
**Gerald S. Pomes**  CHAPTER 13
Debtors

## OBJECTION TO CLAIM

The Debtors hereby object to claim no. 16-1 filed by HSBC Bank Nevada, N.A., in the amount of $5,218.43.

Within fourteen (14) days after service has evidenced by the certification hereto and an additional three (3) days pursuant to Fed R. Bank. P. 9006(f), if you were served by mail and any party against whom this paper has been served, or any other party to the action who objects to the relief sought therein, shall serve and file an objection or other appropriate response to this paper with United States Bankruptcy Court, Clerks Office, 380 Westminster Street, Providence, RI 02903 (401-626-3100) (with a copy being served upon the above signed attorney). If no objection or other response is timely filed within the time prescribed herein, the pleading will be deemed unopposed and will be granted, unless (1) the requested relief is prohibited by law; or (2) the requested relief is against public policy; or (3) in the opinion of the Court the interest of justice requires sua sponte denial of the unopposed Motion.

## CERTIFICATION

I hereby certify that on the 16th day of January, 2012, I mailed a true copy of the within Objection to the following parties: (electronically) Office of the US Trustee, Gary Donahue, Esq, 10 Dorrance Street, Providence, RI 02903, (electronically) John Boyajian, Esq. 182 Waterman Street, Providence, RI 02906, and, (regular mail) HSBC Bank Nevada, N.A., C/O Bass & Associates, P.C. 3936 E. Ft. Lowell, Suite 200, Tucson, AZ 85712.

/s/ Stephen P. Levesque, Esq.