## United States Bankruptcy Court
### District of Rhode Island

In re    **Gerald S Pomes**
      **Darlene A Pomes** _____    Case No.    **1:11-bk-12770**

                                   Debtor(s)     Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **January 16, 2012**, a copy of **Objection to Claim** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Acs/mefa**
501 Bleecker St
Utica, NY 13501

**Alliance Blackstrone VCU**
School Administration Bldg Pk
Pawtucket, RI 02860

**Americredit**
Po Box 181145
Arlington, TX 76096

**Chase**
Po Box 15298
Wilmington, DE 19850

**Citizens Bank**
1 Citizens Drive
Riverside, RI 02915

**Fleisig, Gavlick & Romano, LLP**
355 Thayer Street
Providence, RI 02906

**Harley Davidson Financial**
222 W Adams
Chicago, IL 60606

**Hsbc Bank**
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197

**Hsbc/guitr**
Pob 978
Wood Dale, IL 60191

**Hsbc/kawas**
Pob 15521
Wilmington, DE 19805

**Kohls/capone**
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

**Merchants Assoc Cool D**
134 S Tampa St
Tampa, FL 33602

**Navigant Credit Union**
1005 Douglas Pike
Smithfield, RI 02917

**Nelnet Lns**
Attention: Claims
Po Box 17460
Denver, CO 80217

**Sears/cbsd**
**8725 W. Sahara Ave**
**The Lakes, NV 89163**

**Unvl/citi**
**Attn.: Centralized Bankruptcy**
**Po Box 20507**
**Kansas City, MO 64195**

**Wf Fin Bank**
**Wells Fargo Financial**
**4137 121st St**
**Urbandale, IA 50323**

**Worlds Foremost Bank N**
**4800 Nw 1st Street**
**Lincoln, NE 68521**

**/s/ Stephen P. Levesque**
**Stephen P. Levesque 5742**
**Stephen P. Levesque, Esq,**
**160 Burnside Street**
**Cranston, RI 02910**
**401-490-4900Fax:401-490-4901**
**bankruptcy@spllaw.com**