**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In Re: Gerald S. Pomes and Darlene A. Pomes | BK No. 1:11–bk–12770 |
| Debtor(s) | Chapter 13 |

***ORDER SUSTAINING MOTION/APPLICATION (doc# 24 ) BY RULE OF COURT***
*Re: Objection to claim #16*
*filed by the debtors*

The pleading was duly filed, served and noticed pursuant to local rules. No timely resistance/objection was filed.

THEREFORE, in accordance with R.I. LBR 9013–2(a),it is **ORDERED** that the Motion/Application (doc.# 24 ) is hereby SUSTAINED .

*So Ordered:*

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Date: **2/3/12**

Entered on Docket: **2/3/12**
Document Number: **29 – 24**

101.jsp

___

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*